IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMMA PORTER, et al.          :

    v.                        :   Civil Action No. DKC 11-1251

GREENPOINT MORTGAGE FUNDING,
INC., et al.                 :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of December, 2011, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions to dismiss filed by Defendants GreenPoint Mortgage Funding, Inc. and MSO REO I, LLC (ECF Nos. 5-6) BE, and the same hereby ARE, GRANTED;

2. The complaint filed by Plaintiffs Emma and Charlie Porter BE, and the same hereby is, DISMISSED; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                  /s/
                                     DEBORAH K. CHASANOW
                                     United States District Judge